# United States Court of Appeals
## For the First Circuit

_____

No. 14-1423

UNITED STATES, ex rel. JULIO ESCOBAR;
CARMEN CORREA, administratrix of the Estate of Yarushka Rivera

Plaintiffs - Appellants

COMMONWEALTH OF MASSACHUSETTS

Plaintiff - Amicus Curiae

v.

UNIVERSAL HEALTH SERVICES, INC.

Defendant - Appellee
_____

Before

Howard, <u>Chief Judge</u>,
Stahl and Barron, <u>Circuit Judges</u>.
_____

**ORDER OF COURT**

Entered: September 16, 2016

Appellee Universal Health Service, Inc.'s request to hold supplemental oral argument is granted. There shall be a hearing on **Tuesday, October 25, 2016, at 9:30 a.m.**, at which counsel are also to be prepared to discuss the following issues:

1)  Which complaint is the currently operative pleading?

2)  If the Second Complaint is the operative pleading, has this complaint been rendered moot by the District Court's decision to permit the Fourth Complaint prior to the Supreme Court's grant of certiorari?

3)  If the Fourth Complaint is the operative pleading, do we have jurisdiction at the Court of Appeals level to consider that complaint -- whether as to all claims set forth in that complaint or only as to the claims in that complaint that were also set

forth in the Second Complaint -- or must the case be returned to the district court to determine whether the Fourth Amended complaint, the current operative pleading, meets the Supreme Court's materiality test for 12(b)(6) purposes?

Counsel for the parties are directed to file, simultaneously, briefs **not to exceed fifteen pages** on these additional issues no later than **5:00 p.m. on Thursday, October 6, 2016**. Paper copies of the briefs should be placed in overnight mail so that they are received by the court the next day.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Jennifer M. Verkamp, Thomas M. Greene, Michael A. Tabb, Elizabeth Cho, Dina Michael Chaitowitz, Gregg D. Shapiro, Sara Miron Bloom, Steven T. Sharobem, Robert Carl Ross, Laura McLane, Mark W. Pearlstein, Evan D. Panich, Jeremy C. Marwell, John Patrick Elwood, Donald Burke, Mark Stancil; Jacklyn DeMar, Jeffrey Walker, Robert Patten, ; Steven Lehotsky Tirzah Lollar, Craig Margolis, Christian Sheehan, Kathryn Todd, Patrick Callahan, Michael Rabb, Charles Scarborough, Jason Drori, Lawrence Kraus, Lawrence Vernaglia, Thomas Barker, Kristyn Bunce, Kristyn DeFelipp, Jeremy Meisinger